

CARLOS JOHNSON
REG. NO. 94865-020
FCI FAIRTON
FEDERAL CORR. INSTITUTION
P.O. BOX 420
FAIRTON, NJ  08320

November 22, 2023

Mr. David J. Smith
Clerk of Court
U.S. Court of Appeals
For the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

    RE:  No. 23-13669,  USA v. Carlos Johnson
           Crim No. 1:11-cr-00012-WLS-TQL-1

Dear Mr. Smith:

    Enclosed please find and accept for filing Defendant-Appellant's Certificate of Interested Persons and Corporate Disclosure Statement. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                                  Sincerely,

                                  *Carlos Johnson*
                                  CARLOS JOHNSON
                                  Appearing *Pro Se*

*Encl. as noted*

# 23-13669-D

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

CARLOS JOHNSON,

Defendant-Appellant.

On Appeal from the United States District Court
For the Middle District of Georgia, Albany Division
District Court No. 1:11-CR-00012-WLS-TQL-1

## DEFENDANT-APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES Movant-Appellant, CARLOS JOHNSON ("Johnson"), appearing *pro se,* and files his Notice or Certificate of Interested Persons and Corporate Disclosure Statement as follows:

I.

Pursuant to 11th Cir. R. 26.1-2(c), Johnson hereby files his Certificate of Interested Persons and Corporate Disclosure Statement required by Rule 26.1-2(a). The following is a complete list of all persons and entities that Johnson believes to have an interest in the outcome of the case. These representations are made in order that the Judges of this Court may evaluate possible disqualification or recusal as required by 11th Cir. R. 26.1-1:

- Arana, Victor Arturo – former Attorney for Co-Defendant
- Bennett, Danial Edward – Assistant United States Attorney, formerly MiddleDistrict of Georgia;
- Brimberry, Mark D. – former Attorney for Co-Defendant;
- Bruton, Travis – Co-Defendant;
- Caine, Tyrone – Co-Defendant;
- Cannon, John Phillip – Attorney for Co-Defendant;
- Carter, Roosevelt, II – Attorney for Co-Defendant;
- Clemons, Casey – Co-Defendant;
- Collum, Rick Daniel – former Attorney for Co-Defendant;
- Cox, Carrie D. – Attorney for Co-Defendant;
- Davis, Terrance – Co-Defendant;
- Debrow, Barry, Jr. – Attorney for Co-Defendant;
- Dennard, Michael – former Assistant United States Attorney; Middle District of Georgia;
- Dodson, Jonathan R – former Attorney for Defendant;
- Driskell, Ingrid – Attorney for Co-Defendant;
- Edwards, John Gee – former Attorney for Co-Defendant;
- Fernandez, Jack E. – former Attorney for Co-Defendant;
- Gabriel, Russell C. – Interim Executive Director, Federal Defenders of the Middle District of Georgia, Inc.;
- Gamble, Wilbur T., III. – former Attorney for Defendant-Appellant;
- Goss, Ron – Co-Defendant;

2

- Graham, Bernard – Co-Defendant;
- Hall, William Douglas – Attorney for Co-Defendant;
- Hamilton, Paul – Attorney for Co-Defendant;
- Harris, John – Co-Defendant;
- Johnson, Carlos – Petitioner-Appellant;
- Johnson, Erica – Co-Defendant;
- Johnson, Kelvin – Co-Defendant;
- Johnson, Larry Michael – Attorney for Co-Defendant;
- Jones, T'Michael – Co-Defendant;
- King, Chevene Bowers – Attorney for Co-Defendant;
- Langstaff, Thomas Q. – United States Magistrate Judge, Middle District of Georgia;
- Leary, Peter D. – United States Attorney, Middle District of Georgia;
- Ledford, John R. – Attorney for Co-Defendant;
- Lietz, W. Carl, III. – former Attorney for Co-Defendant;
- McEwen, Leah – Assistant United States Attorney, Middle District of Georgia;
- McKnight, Brandon – Co-Defendant;
- Murrah, Gilbert J. – Attorney for Co-Defendant;
- Pollard, Avery – former Attorney for Co-Defendant;
- Sadow, Steven H. – Attorney for Co-Defendant;
- Sands, W. Louis – Judge, United States District Court, Middle District of Georgia;
- Schieber, Michelle L. – Assistant United States Attorney, Middle District of Georgia;
- Scott, Maurice – Co-Defendant;
- Sheffield, Nichole – Co-Defendant;
- Shein, Marcia G. – former Attorney for Defendant-Appellant;
- Shuler, Anthony – Co-Defendant;
- Stroud, Marikes – Co-Defendant;
- Underwood, William Fleming, III – Attorney for Co-Defendant;
- Vickers, Jimmy – Co-Defendant;
- Westbroek, Jared Scott – former Attorney for Defendant;
- Williams, D. Nicole – Attorney for Co-Defendant;
- Williams, Gerald B. – former Attorney for Co-Defendant;
- Wilson, James – Co-Defendant;
- Winbush, Antonio – Co-Defendant;

3

- Yarbrough, Derek E. – Attorney for Co-Defendant;
- Victims: No victims have been identified.

No publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted,

Dated: November 22, 2023

*Carlos Johnson*
CARLOS JOHNSON
REG. NO. 94865-020
FCI FAIRTON
FEDERAL CORR. INSTITUTION
P.O. BOX 420
FAIRTON, NJ 08320
Appearing *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, a true and correct copy of the above and foregoing Defendant-Appellant's Certificate of Interested Persons and Corporate Disclosure Statement was mailed via U. S. Mail, postage prepaid, to Michelle L. Schieber, Assistant U.S. Attorney, 300 Mulberry Street, Suite 400, Post Office Box 1702, Macon, Georgia 31202-1702.

*Carlos Johnson*
CARLOS JOHNSON

4

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL



**UNITED STATES POSTAL SERVICE** | **PRIORITY® MAIL**

FROM:

- Expected delivery date spe...
- Domestic shipments inclu...
- USPS Tracking® service i...
- Limited international insu...
- When used internationall...

*Insurance does not cover certa...
Domestic Mail Manual at http://p...
** See International Mail Manual...

**FLAT RATE**
ONE RATE ■ ANY W...

**TRACKED**


PS000010...

---

**UNITED STATES POSTAL SERVICE**

P — Retail
US POSTAGE PAID
$9.65
Origin: 77070
11/22/23
4800420059-07

PRIORITY MAIL®

0 Lb 2.30 Oz
EXPECTED DELIVERY DAY: 11/27/23
RDC 03

SHIP TO:
56 FORSYTH ST NW
ATLANTA GA 30303-2218
C007

USPS TRACKING® #

9505 5104 4801 3326 6388 50



---

CARLOS JOHNSON
REG. NO. 94865-020
FCI FAIRTON
FEDERAL CORR. INSTITUTION
P.O. BOX 420
FAIRTON, NJ 08320

Mr. David J. Smith
Clerk of Court
U.S. Court of Appeals
For the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

CLEARED SECURITY
NOV 27 2023
U.S. MARSHALS SERVICE
Atlanta, GA

USCA11 Case: 23-13669 Document: 4 Date Filed: 11/27/2023 Page: 8 of 8