# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| CARLOS JOHNSON, | : |
| Petitioner, | : |
| | : CASE NO.: 1:11-CR-00012 (WLS-TQL-1) |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

Before the Court are Petitioner Johnson's "Motion for Leave to Appeal *In Forma Pauperis*" (Doc. 1022). Previously, the Court entered an Order (Doc. 1014), denying Petitioner's Motion for Compassionate Release and to Reduce Sentence. Thereafter, a notice of appeal (Doc. 1019) of that Order (Doc. 1014) was filed on the docket. Subsequently, Petitioner filed the instant Motion (Doc. 1022), which is titled "Motion for Leave to Appeal *In Forma Pauperis*" on the docket. The Court assumes that Petitioner filed the instant Motion (Doc. 1022) regarding his appeal of the Court's Order (Doc. 1014). Petitioner's Motion (Doc. 1014) is **DENIED** for two (2) reasons.

First, a review of the Eleventh Circuit Docket (case no: 23-13669) shows that Petitioner's appeal has already been approved to proceed *in forma pauperis*. (*See generally* the docket of Case No: 23-13669). Federal Rule of Appellate Procedure 24 provides in relevant part that a party "who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization. . . ." Fed. R. App. P. 24(a)(3). Therefore, because the Eleventh Circuit already permitted Petitioner's appeal to proceed *in forma pauperis*, he did not need to file a motion to appeal *in forma pauperis* in this Court. Thus, Petitioner's Motion (Doc. 1014) is **DENIED as moot**.

1

Second, assuming arguendo the Eleventh Circuit did not permit the Petitioner's appeal to proceed *in forma pauperis*, his instant Motion (Doc. 1022) is actually a form "AO (Rev. 7/10) Application to Proceed In <u>District Court</u> Without Prepaying Fees or Costs (Short Form),"[1] rather than an application or motion to <u>appeal</u> *in forma pauperis*. (*See* Doc. 1022) (emphases added). Therefore, Petitioner would need to fill out a correct form or file a correct motion. Thus, Petitioner's Motion (Doc. 1022) or "Application to Proceed in the District Court Without Prepaying Fees or Costs" would also be **DENIED** based on this reason.

**SO ORDERED**, this <u>3rd</u> day of May, 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] As a side note, assuming arguendo the Court accepts the instant Motion or Application (Doc. 1022), the "Application to Proceed in District Court Without Prepaying Fees" requires an applicant to disclose details about his income and assets. However, Petitioner only wrote "N/A" for all sections that ask for disclosure of Petitioner's expenses and financial obligations. (*See* Doc. 1022). Without information regarding Petitioner's regular monthly expenses or any financial obligations, the Court is not able to determine if Petitioner is actually unable to pay the filing fee. Therefore, even if the Court were to consider the instant Motion or Application (Doc. 1022), the Court would still have to deny it without prejudice based on Petitioner's incomplete disclosures on the application.